

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MONIKENA, INC., an Ohio Corporation;<br>RAGESH PATEL, an individual;<br>NAISHADH PATEL, an individual; and<br>MAYUR PATEL, an individual,<br><br>    Defendants. | Civil Action No. 12-cv-05483-CCC-JAD<br><br>ORDER AND<br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Monikena, Inc., Ragesh Patel, Naishadh Patel, and Mayur Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 31, 2012, seeking damages as a result of the breach of a license agreement between DIW and Monikena, Inc., and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Pottstown, Pennsylvania on September 24, 2012; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 18, 2012 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this  30  day of  November , 2012,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $330,536.82, comprised of the following:

a) $151,888.66 for liquidated damages (principal plus prejudgment interest);

b) $171,414.84 for Recurring Fees (principal plus prejudgment interest); and

c) $7,233.32 for attorneys' fees and costs.

_____
**CLAIRE C. CECCHI, U.S.D.J.**